**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000485
09-JAN-2026
08:08 AM
Dkt. 45 OAWST**

NO. CAAP-25-0000485

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
STEPHEN SEMISI CAONES-PAAHANA, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2FFC-24-0000035)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the November 13, 2025 *Stipulation for Dismissal of Appeal and Order* (Stipulation), filed by Defendant-Appellant Stephen Semisi Caones-Paahana (Caones-Paahana), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal; (3) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) no fees are due; and (4) attached to the Stipulation is Caones-Paahana's declaration showing the dismissal is made voluntarily and he understands the consequences of dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed, under HRAP Rule 42(b) and (c).

DATED: Honolulu, Hawai'i, January 9, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge